IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RYECO, LLC** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 20-3182 |
| | : | |
| **SELECTIVE INSURANCE COMPANY** | : | |

# ORDER

**AND NOW**, this 13th day of May 2021, upon considering the parties' Cross-Motions for summary judgment (ECF Doc. Nos. 26, 27), supporting Appendices (ECF Doc. Nos. 26-2, 26-3, 26-4, 26-5, 27-6), Oppositions (ECF Doc. Nos. 28, 29), Reply (ECF Doc. No, 33), following oral argument, and the parties agreeing there are no genuine issues of material fact precluding the entry of judgment as a matter of law, it is **ORDERED**:

1. We **dismiss** Plaintiff's claims for bad faith and the breach of the implied covenant of fair dealing upon consent;

2. Defendant's Motion for summary judgment (ECF Doc. No. 26) on Plaintiff's remaining claims is **GRANTED**;

3. Plaintiff's Motion for summary judgment (ECF Doc. No. 27) on its remaining claims is **DENIED**; and,

4. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**